1 | Cortlin H. Lannin (Bar No. 266488)
2 | COVINGTON & BURLING LLP
3 | Salesforce Tower
4 | 415 Mission Street, Suite 5400
5 | San Francisco, California 94105-2533
6 | Telephone: + 1 (415) 591-7078
7 | Facsimile: + 1 (415) 591-6091
8 | Email: clannin@cov.com

*Attorneys for Defendant Kohl's Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JON CHRISTIAN STEDMAN WITT and MINNIE JONES, individually and on behalf of all others similarly situated, | Civil Case No.: 2:24–cv–01967–FMO (ASx) |
|---|---|
| Plaintiffs, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT KOHL'S INC.'S MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| KOHL'S INC., | Judge: Hon. Fernando M. Olguin |
| Defendant. | |

Defendant Kohl's Inc. writes to bring to the Court's attention a recent decision, *Panelli v. Target Corp.*, 2024 WL 4596412 (S.D. Cal. Oct. 28, 2024), granting a motion to dismiss with prejudice a putative consumer class action—brought by the same plaintiffs' counsel as in this case—alleging that Target misrepresented the thread count of its 100% cotton bed sheets. A copy of the decision is attached as **Exhibit A**. Kohl's is prepared to submit supplemental briefing regarding the *Panelli* decision if such briefing would be helpful for the Court in resolving Kohl's pending Motion to Dismiss (ECF No. 21).

Dated: November 21, 2024                    Respectfully Submitted,

/s/ *Cortlin H. Lannin*
Cortlin H. Lannin (Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email: clannin@cov.com

*Attorneys for Defendant Kohl's Inc.*