| | |
|---|---|
| 1 | SALISBURY LEGAL CORP. |
| 2 | Lawrence J. Salisbury (SBN 179748) |
|   | 656 5th Ave., Suite R |
| 3 | San Diego, California 92101 |
| 4 | Telephone: (619) 241-2760 |
|   | Email: lsalisbury@salisburylegal.com |
| 5 | |
| 6 | CROSNER LEGAL, P.C. |
|   | Michael T. Houchin (SBN 305541) |
| 7 | mhouchin@crosnerlegal.com |
|   | Craig W. Straub (SBN 249032) |
| 8 | craig@crosnerlegal.com |
| 9 | Zachary M. Crosner (SBN 272295) |
|   | zach@crosnerlegal.com |
| 10 | 9440 Santa Monica Blvd. Suite 301 |
| 11 | Beverly Hills, CA 90210 |
|    | Tel: (866) 276-7637 |
| 12 | Fax: (310) 510-6429 |
| 13 | |
| 14 | *Attorneys for Plaintiffs and the Proposed Class* |
| 15 | *(Additional counsel listed below)* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON CHRISTIAN STEDMAN WITT and MINNIE JONES, individually, and on behalf of all others similarly situated, | Case No. 2:24-cv-01967-FMO-AS |
| Plaintiffs, | **NOTICE OF SETTLEMENT IN PRINCIPLE** |
| vs. | Judge: Hon. Fernando M. Olguin |
| KOHL'S INC. | |
| Defendant. | |

1  Plaintiffs Jon Christian Stedman Witt and Minnie Jones and Defendant Kohl's
2  Inc. (collectively, the "Parties") respectfully submit this notice to apprise the Court
3  that the Parties have reached a settlement-in-principle of the named plaintiffs'
4  individual claims.  After the settlement is finalized, the parties anticipate filing a Rule
5  41 stipulation of voluntary dismissal that will dismiss the named plaintiffs' individual
6  claims with prejudice and dismiss the claims of the putative class without prejudice.

NOTICE OF SETTLEMENT IN PRINCIPLE

SALISBURY LEGAL CORP.

Dated: January 6, 2025

By: /s/ *Lawrence J. Salisbury*
Lawrence J. Salisbury
656 5th Ave., Suite R
San Diego, California 92101
Telephone: (619) 241-2760
Email: lsalisbury@salisburylegal.com

CROSNER LEGAL, P.C.

Dated: January 6, 2025

By: /s/ *Michael T. Houchin*
CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiffs and the Proposed Class*

Dated: January 6, 2025

By: /s/ *Cortlin H. Lannin*
Cortlin H. Lannin (Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email: clannin@cov.com

*Attorneys for Defendant Kohl's Inc.*

NOTICE OF SETTLEMENT IN PRINCIPLE